# UNITED STATES COURT OF FEDERAL CLAIMS
## *SCHEDULED MATTERS*
### Tuesday, January 21, 2014

| Time | Case Name and Number | Names of Counsel | Type of Proceeding |
|------|---------------------|------------------|--------------------|

### *Judge WOLSKI - COURTROOM 5, ROOM 505*

| Time | Case Name and Number | Names of Counsel | Type of Proceeding |
|------|---------------------|------------------|--------------------|
| 11:00 a.m. | **Thomas H. Askins, Jr. et al.,** No. 07-560 L<br><br>**Thomas F. Abernethy, Jr. et al.,** No. 07-561 L | P - Martin E. Wolf (410) 825-2300<br>D - Joshua A. Doan (202) 305-0874 | EDR REQUESTED PRELIMINARY SCHEDULING CONFERENCE |

### *Judge BRADEN - SUITE 702*

| Time | Case Name and Number | Names of Counsel | Type of Proceeding |
|------|---------------------|------------------|--------------------|
| 2:00 p.m. | **Advanced Aerospace** No. 12-85 C | P - Craig S. King (202) 857-6000<br>D - Benjamin S. Richards (202) 353-0522<br>I - Scott M. McCaleb (202) 719-3193 | EDR REQUESTED STATUS CONFERENCE (Telephonic) |

### *Judge KAPLAN - SUITE 705*

| Time | Case Name and Number | Names of Counsel | Type of Proceeding |
|------|---------------------|------------------|--------------------|
| 2:00 p.m. | **Ensign-Bickford Aerospace & Defense Co.,** No. 13-57 C | P - Sid Leach (602) 382-6372<br>D - David Ruddy (202) 353-0517 | EDR REQUESTED STATUS CONFERENCE (Telephonic) |

### *Judge LETTOW - COURTROOM 6, ROOM 507*

| Time | Case Name and Number | Names of Counsel | Type of Proceeding |
|------|---------------------|------------------|--------------------|
| 2:30 p.m. | **Ensign Troy Allen Lewis,** No. 13-565 C | P - Vincent A. Jankoski (301) 312-3441<br>D - Nathanel B. Yale (202) 616-0464 | EDR REQUESTED HEARING |